STATE v. CONNER

No. 112 PC

Case below: 49 NC App 203

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 February 1981.

STATE v. EDWARDS

No. 121 PC

Case below: 49 NC App 547

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 2 February 1981. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 2 February 1981.

STATE v. HOYLE

No. 109 PC

Case below: 49 NC App 98

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 January 1981.

STATE v. JEFFERS

No. 98 PC

Case below: 48 NC App 663

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 January 1981.